**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: N.A.P., A MINOR    :   No. 262 EAL 2017
                                                :
                                                :
PETITION OF: D.P., MOTHER            :   Petition for Allowance of Appeal from
                                                  :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.